FILED
September 20, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                             )    Case No. 2:07MJ00299-GGH
         Plaintiff,          )
                             )
v.                           )    ORDER FOR RELEASE OF
                             )    PERSON IN CUSTODY
JOHN CHRISTOPHER WOODWORTH,  )
                             )
         Defendant.          )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOHN CHRISTOPHER WOODWORTH ,
Case No.  2:07MJ00299-GGH , Charge  18USC § 2252(a)(2) and 2252(a)(4)(B) , from custody
subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the
following reasons:

  ___   Release on Personal Recognizance

  ___   Bail Posted in the Sum of $_____

        ___   Unsecured Appearance Bond

        ___   Appearance Bond with 10% Deposit

        ___   Appearance Bond with Surety

        ___   Corporate Surety Bail Bond

   ✔    (Other)       Pretrial conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the
attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 20, 2007  at  2:00 pm .

                                    By   /s/ Gregory G. Hollows
                                         Gregory G. Hollows
                                         United States Magistrate Judge

Copy 5 - Court